

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00481-CV

| | | |
|---|---|---|
| CLINTON RENTFRO, Appellant | § | On Appeal from the 467th District Court |
| | § | of Denton County (23-6184-467) |
| V. | § | October 30, 2025 |
| JAYLIA RENTFRO, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM